UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KRISPY KRUNCHY FOODS, LLC d/b/a KRISPY KRUNCHY CHICKEN,<br><br>        Plaintiff,<br><br>  v.<br><br>SILCO LLC,<br><br>        Defendant. | Civil Action No. ___20-cv-293___<br><br>**JURY DEMAND** |

**PLAINTIFF'S DISCLOSURE STATEMENT
AND NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Eastern District of Wisconsin Local Rule 7.1, Krispy Krunchy Foods, LLC states that it is a limited liability company and that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Perkins Coie LLP will be representing Plaintiff.

Dated February 21, 2020                              Respectfully submitted,

                                        By:      /s/ Michael R. Laing
                                                    Michael R. Laing (Bar # 1097958)
                                                    PERKINS COIE LLP
                                                    33 East Main Street
                                                    Suite No. 201
                                                    Madison, Wisconsin 53703
                                                    Phone: (608) 663-7460
                                                    Fax: (608) 663-7499
                                                    MLaing@perkinscoie.com

                                                    Thomas L. Holt (*PHV Pending*)
                                                    Jeremy L. Buxbaum (*PHV Pending*)
                                                    PERKINS COIE LLP
                                                    131 South Dearborn Street
                                                    Suite No. 1700
                                                    Chicago, Illinois 60603
                                                    Phone: (312) 324-8400
                                                    Fax: (312) 324-9400
                                                    THolt@perkinscoie.com
                                                    Jbuxbaum@perkinscoie.com

                                                    *Attorneys for Plaintiff,*
                                                    *Krispy Krunchy Foods, LLC*