# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

|  |  |
|---|---|
| KRISPY KRUNCHY FOODS, LLC<br>d/b/a KRISPY KRUNCHY CHICKEN,<br><br>       Plaintiff,<br><br> v.<br><br>SILCO LLC,<br><br>       Defendant. | Civil Action No. 20-cv-293<br><br>Honorable Pamela Pepper |

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SILCO LLC

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff Krispy Krunchy Foods, LLC d/b/a Krispy Krunchy Chicken ("Plaintiff" or "Krispy Krunchy") respectfully requests entry of default against Defendant Silco LLC, and in support of such motion states as follows:

Plaintiff filed its Complaint on February 21, 2020, alleging trademark infringement and counterfeiting, trademark dilution, false designation of origin, violation of the Wisconsin Deceptive Trade Practices Act, Common Law Trademark Infringement, and Common Law Unfair Competition. (Dkt. 1). Defendant Silco's registered agent is listed as Makbul Sajan, with an address of 9040 West Silver Spring Drive, Milwaukee, Wisconsin 53225-2836. Declaration of Michael Laing ("Laing Decl.") ¶ 2. On February 25, 2020, Defendant was served with the Complaint and summons at the address of its registered agent. Laing Decl. ¶ 3; (Dkt. 6). Pursuant to Federal Rule of Civil Procedure 12, Defendant's responsive pleading was due on or before March 17, 2020. To date, Defendant has not appeared in this action, and has not filed a responsive pleading. Defendant is therefore in default.

Wherefore, Plaintiff respectfully requests that default be entered against Defendant Silco LLC, and that Plaintiff be permitted to file a Motion for Default Judgment.

Dated: March 24, 2020

Respectfully submitted,

By: /s/ Michael R. Laing
Michael R. Laing (Bar # 1097958)
PERKINS COIE LLP
33 East Main Street
Suite No. 201
Madison, Wisconsin 53703
Phone: (608) 663-7460
Fax: (608) 663-7499
MLaing@perkinscoie.com

***Attorneys for Plaintiff,
Krispy Krunchy Foods, LLC***